UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| EMMY L. SCARBOROUGH,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | No. 3:11-CV-286<br>(Phillips/Shirley) |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the report and recommendation of the magistrate judge [Doc. 22] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

**IT IS ORDERED,** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that the Commissioner's motion for summary judgment [Doc. 20] is **DENIED;** the plaintiff's motion for summary judgment [Doc. 15] is **GRANTED in part;** whereby this case is **REMANDED** to the Commissioner for further proceedings**.**

**IT IS SO ORDERED.**

                **ENTER:**

                    s/ Thomas W. Phillips
                  United States District Judge

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
CLERK OF COURT